# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P Burke, | No. CV-13-08292-PCT-GMS |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Mayo Hotel Management LLC; Rajendra G Idnani, | |
| Defendants/Counterclaimants. | |

The Court has been advised that this case has settled (Doc. 14).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **May 22, 2014** without further leave of Court.

Dated this 22nd day of April, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge